IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FLORENCE JEAN FISHER**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:08-CV-1229-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed July 25, 2008. The magistrate judge recommends that Petitioner's Application for Leave to Proceed *In Forma Pauperis*, filed July 18, 2008, be denied.

On August 5, 2008, the court received correspondence from Petitioner stating that she was withdrawing $5 from her inmate trust fund account to pay the filing fee for her habeas petition. She states that the withdrawal process takes one to two months and has filed a copy of her request for withdrawal to make payment to the court. No payment has yet been received by the court, and Petitioner did not object to the magistrate judge's findings and conclusions.

Having reviewed the motion and file in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **denies** Petitioner's Application to Proceed *In Forma Pauperis*.

**It is so ordered** this 12th day of August, 2008.

Sam A. Lindsay  
United States District Judge